AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## WESTERN DISTRICT OF NEW YORK

SALVATORE J. LaSCALA, et al.,

v.

SANTO S. SCRUFARI, Individually and as
Plan Manager of the Niagara-Genesee &
Vicinity Carpenters Local 280 Welfare and
Pension Funds,

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 93-CV-982-C(F)

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have
been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues
have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, for the reasons stated in [227] Order on the docket,
the court finds that plaintiffs are entitled to damages in the amount of  $62,946.30 attributable to
the Welfare Fund ($42,477.02 salary + $20,469.28 fringes) and $52,016.28 attributable to the
Pension Fund ($39,811.33 salary + $12,204.95 fringes), for total damages in the amount of
$114,962.58.

Judgment is entered in favor of plaintiffs in accordance with the findings, pursuant to
Rules 52(a) and 58 of the Federal Rules of Civil Procedure.

Date: February 28, 2006

RODNEY C. EARLY, CLERK

By: /S/ Denise Collier
          Deputy Clerk